UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:20CR129-PPS/JEM |
| ) | |
| TROY KIDWELL, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Troy Kidwell's agreement to enter a plea of guilty to Counts 1, 2, 3 and 4 of the superseding indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 35.] Following a hearing on the record on September 15, 2021 [DE 38], Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty; and that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Troy Kidwell's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 38] in their entirety.

Defendant Troy Kidwell is adjudged GUILTY of Counts 1 (attempted enticement of a minor), 2 (receipt of child pornography), 3 (possession of child pornography) and 4 (distribution of child pornography) of the superseding indictment.

The sentencing hearing is set for January 27, 2022 at 4:00 p.m. Hammond/Central time.

SO ORDERED.

ENTERED: October 1, 2021.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE